```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  SHERI PYM
    Assistant United States Attorney
 3  Chief, Riverside Branch Office
    DOROTHY R. MCLAUGHLIN (Cal. Bar No. 229453)
 4  Assistant United States Attorney
        3880 Lemon Street, Suite 210
 5      Riverside, California 92501
        Telephone: (951) 276-6222
 6      Facsimile: (951) 276-6202
        E-Mail: dorothy.mclaughlin@usdoj.gov
 7
    Attorneys for Plaintiff
 8  United States of America
```

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

SEP 1 2 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. ED 08-312-M |
| Plaintiff, | ORDER FOR DESIGNATING AND DETAINING MATERIAL WITNESS WITH APPEARANCE BOND WITH THIRD PARTY AFFIDAVIT OF SURETY THEREON |
| v. | |
| MARGARITA AVILEZ HERNANDEZ, and ALICIA RAMIREZ | |
| Defendants. | |

FOR GOOD CAUSE SHOWN and pursuant to Title 18, United States Code, Section 3144:

IT IS HEREBY ORDERED AND DECREED that the following person is hereby declared to be a material witness in the above-captioned case, and shall be bound over to the custody of the United States Marshal, Central District of California, or in the alternative, released on the furnishing of a $5,000 appearance bond (with approval of the surety by Pre-trial

Services), as well as Pre-trial Services' supervision to assure his presence at trial:

1. Jorge Lopez-Flores

DATED: This 12th day of September, 2008

_____
ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE

Presented by:

_____
DOROTHY R. McLAUGHLIN
Assistant United States Attorney

2